UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHERRY A. MOORE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOLLY HILL HOSPITAL, )<br>)<br>Defendant. )<br>)<br>) | **JUDGMENT**<br>**CASE NO. 5:23-CV-516-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon a review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's federal claims are DISMISSED. The court declines to exercise supplemental jurisdiction over the remaining state law claim. The Clerk of Court is DIRECTED to close the case.

This Judgment filed and entered on August 8, 2025, and copies to:
Sherry A. Moore (12500 Garden Tree Lane, Raleigh, NC 27614, via US Mail)

August 8, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk